IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **RODERICK MARTIN GRANT,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**WESTERN GOVERNORS UNIVERSITY,**<br><br>　　　　Defendant. | **ORDER AFFIRMING & ADOPTING REPORT & RECOMMENDATION**<br><br>Case No. 2:25-CV-631-DAK-DBP<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Dustin B. Pead |

　　　　This case was assigned to United States District Court Judge Dale A. Kimball, who then referred the case to United States Magistrate Judge Dustin B. Pead under 28 U.S.C. § 636(b)(1)(B). On December 11, 2025, Magistrate Judge Pead issued a Report and Recommendation [ECF No. 11], recommending that the court grant Defendant's Motion for a Pre-Fling Order and Motion for Stay of Response Deadlines.

　　　　The Report and Recommendation notified Plaintiff that any objection to the Report and Recommendation must be filed within fourteen days of receiving it. As of the date of this Order, Plaintiff has not filed an Objection to the Report and Recommendation, and the time for doing so has passed.

　　　　A Magistrate Judge's Report and Recommendation is subject to *de novo* review by this court. *See* 28 U.S.C. § 636(b)(1)(B); *see also* Fed. R. Civ. P. 72(b). The court has reviewed the Report and Recommendation and the record *de novo* and agrees with Magistrate Judge Pead's analysis and recommendations in their entirety. Therefore, the court adopts and affirms

Magistrate Judge Pead's Report and Recommendation as the Order of the court. Accordingly, the court grants Defendant's Motion for Pre-Filing Order [ECF No. 56] and Defendant's Motion to Stay Response Deadlines [ECF No. 57].

DATED this 13th day of January 2026.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge